# STEPHEN P. SCARING, P.C.
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, ESQ.

OF COUNSEL
MATTHEW W. BRISSENDEN
SUSAN SCARING CARMAN

sscaring@scaringlaw.com

September 1, 2023

**VIA ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          *Re:*    *United States v. Jin Hua Zhang et. al.*
                 *Docket No. 22-cr-00458*

Dear Judge DeArcy Hall:

       The above matter is scheduled for a status conference on September 14, 2023. On the last date, Your Honor ordered the government to produce Mr. Zhang from the prison in Rhode Island. We respectfully request that the Court either waive his appearance or postpone the status conference as the Rule 11 hearing in the Massachusetts indictment is likely to be held on September 12, 2023. By waiving his in-person appearance or postponing the conference, we will avoid unnecessary travel and a potential scheduling conflict.

       Assistant United States Attorney Benjamin Weintraub is aware that we are making this request and has offered the consent of his office.

Very truly yours,

STEPHEN P. SCARING

cc: Benjamin Weintraub
    Assistant United States Attorney (VIA ECF)