UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## United States of America

Plaintiff,

v.

Case No.: 22-cr-00458-LDH-JRC-1

## Jin Hua Zhang

### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE JAMES R. CHO

United States Magistrate Judge James R. Cho has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge James R. Cho. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge James R. Cho.

Breon Peace
United States Attorney, E.D.N.Y.

By: _____
Assistant United States Attorney

Dated: 11/16/23
Brooklyn, New York

_____
Defendant

_____
Attorney for the Defendant

_____s/ James R. Cho_____
James R. Cho
United States Magistrate Judge
Eastern District of New York