**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:MJC
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 18, 2026

By ECF
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Jin Hua Zhang
Criminal Docket No. 22-458 (LDH)

Dear Judge DeArcy Hall:

Enclosed please find a proposed Amended Preliminary Order of Forfeiture (the "Amended Preliminary Order") in the above-referenced case. On November 6, 2025, the Court entered a Preliminary Order of Forfeiture (the "Preliminary Order") against the defendant, Jin Hua Zhang, in this case. ECF No. 388. The proposed Amended Preliminary Order updates the Preliminary Order to include details of the cryptocurrency seized from the wallet in order to facilitate its forfeiture. The government respectfully requests that the Court enter the enclosed Amended Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Michael J. Castiglione
Michael J. Castiglione
Assistant U.S. Attorney
(718) 254-7533

Encl.: Amended Preliminary Order of Forfeiture
cc: Counsel of Record (by ECF)