**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:BGK
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 15, 2026

By ECF
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Jin Hua Zhang
Criminal Docket No. 22-458 (LDH)

Dear Judge DeArcy Hall:

Enclosed please find a proposed Final Order of Forfeiture as to the defendant, Jin Hua Zhang, in the above-referenced case. Pursuant to the terms of the Amended Preliminary Order of Forfeiture entered on or about May 19, 2026, the United States was directed to judicially seize and commence publication as to the subject assets described therein. Publication was completed on July 11, 2026. No third-party claims have been filed and the time to do so has expired.

In accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the government therefore respectfully requests that the Court enter the enclosed proposed Final Order of Forfeiture.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Brendan G. King
Brendan G. King
Assistant U.S. Attorney
(718) 254-6006

Encl.: Final Order of Forfeiture
cc: Counsel of Record (by ECF)