UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,

- against -

JIN HUA ZHANG,
also known as "Yulong Chen"
and "Yun Ye,"

Defendant.

– – – – – – – – – – – – – – – – – – X

FINAL ORDER OF FORFEITURE

22-CR-458 (LDH)

WHEREAS, on or about November 16, 2023, Jin Hua Zhang, also known as "Yulong Chen" and "Yun Ye" (the "defendant"), entered a plea of guilty to Counts One, Eight, Ten, Eleven, Twenty-Seven, and Twenty-Eight of the above-captioned Indictment, charging violations of 18 U.S.C. §§ 371, 1028A(a)(1), 1349, and 1956(h);

WHEREAS, on or about November 6, 2025, the Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure (ECF No. 388);

WHEREAS, on May 19, 2026, this Court entered an Amended Preliminary Order of Forfeiture ("Amended Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of one million three hundred forty-one thousand six hundred twenty-three dollars and six cents ($1,341,623.06) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in the following assets (collectively, the "Subject Assets"):

(i) any and all representations of cryptocurrency wallets or their constitutive parts, whether in electronic or physical format, to include "recovery seeds" or "root keys" which may be used to regenerate a

wallet, including but not limited to the seed phrases: aim, bind, merry, ****, ****, ****, ****, ****, ****, ****, ****, and ****, including approximately: 200 USDC, 541.1615 TRX, 48,293.806129 USDT, and 0.104732 ETH, recovered on or about October 13, 2022, in Staten Island, New York;

(ii) all funds, up to an amount of three hundred eighty-six thousand eight hundred dollars and zero cents ($386,800.00) on deposit in Citigold bank account number 6874464700 held in the names of Qiu Xiang Huang and Yanxian Zhang, and all proceeds traceable thereto; and

(iii) approximately one hundred five thousand five hundred dollars and zero cents ($105,500.00) in United States currency, seized from the defendant's residence on or about October 13, 2022, in Staten Island, New York,

are forfeitable to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), and 982(a)(6)(A), and 28 U.S.C. § 2461(c), as: (a) any property, real or personal, involved in the defendant's violations of 18 U.S.C. § 371, to wit, conspiracy to operate an unlicensed money transmitting business, and 18 U.S.C. § 1956(h), or any property traceable to such property; (b) any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1349, to wit, conspiracy to commit bank fraud; (c) any property, real or personal, constituting, or derived from proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1349, to wit, conspiracy to commit wire fraud; (d) any conveyance, including any vessel, vehicle, or aircraft used in the defendant's violation of 18 U.S.C. § 371, to wit, conspiracy to commit passport fraud; (e) any property, real or personal (i) that constitutes, or is derived from or is traceable to, the proceeds obtained directly or indirectly from the commission of the defendant's violation of 18 U.S.C. § 371, to wit, conspiracy to commit passport fraud; or (ii) that is used to facilitate, or is intended to be used to facilitate, the commission of the defendant's violation of 18 U.S.C. § 371, to wit, conspiracy to commit passport fraud; and/or

(f) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) (Docket No. 428);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning June 12, 2026 through and including July 11, 2026 (Docket No. 440);

WHEREAS, on or about June 16, 2026, the government served via FedEx, notice to all those persons known to the government, who might have an interest in the Subject Assets (Certificate of Service as to Notice of Potential Third Parties, Docket No. 433); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), 982(a)(6)(A), and 982(b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), and the Amended Preliminary Order, all right, title, and interest in the Subject Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America. The forfeiture of the Subject Assets shall be credited towards the Forfeiture Money Judgment.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, the U.S. Marshals Service, or their duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Amended Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Amended Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentencing and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Alfred Pelargu, FSA Senior Law Clerk, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
_________________________, 2026

SO ORDERED:

_________________________________
HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK